IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLOY SURFACES COMPANY, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROCON METALS, INC. | : | |
| | : | NO. 12-6489 |

**ORDER**

**L. Felipe Restrepo**                                                                               May 8, 2013
**United States Magistrate Judge**

       AND NOW, this 8th day of May, 2013, upon consideration of the evidence presented at the bench trial held before this Court, and for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that **JUDGEMENT** is entered in favor of Plaintiff, Alloy Surfaces Company, Inc., in the amount of $165,463.00. Defendant shall pay such amount within thirty (30) days from the date of this Order.

                                                  By the Court:

                                                  **/s/ L. Felipe Restrepo**
                                                  L. Felipe Restrepo
                                                  United States Magistrate Judge